JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCANTIBODIES LABORATORY, INC.,** a California corporation,<br><br>       Plaintiff / Counterdefendant,<br>v.<br><br>**IMMUTOPICS, INC.,** a California corporation and<br>**IMMUTOPICS INTERNATIONAL, LLC,** a California limited liability company,<br><br>       Defendants / Counterclaimants. | Case No. CV 04-8871 MRP (MANx)<br><br>**JUDGMENT** |

After considering the arguments and evidence presented, this Court granted Immutopics, Inc. and Immutopics Int'l, LLC (collectively, "Defendants")'s Motion for Summary Judgment Based on Non-Infringement of U.S. Patent 6,689,566 in a separate order dated May 16, 2008. In that order, the Court also denied Defendants' Motions for Summary Judgment of Patent Invalidity.[1]

---

[1] The Court also previously denied Plaintiff Scantibodies Laboratory, Inc.'s Motion for Partial Summary Judgment on Defendants' Counterclaim of Patent Invalidity in a separate order dated December 28, 2007.

-1-

Having disposed of the infringement and invalidity issues in the action, this Court declines to address Defendants' counterclaim for inequitable conduct. *See Kingsdown Med. Consultants, Ltd. v. Hollister*, 863 F.2d 867, 876 (Fed Cir. 1988) (inequitable conduct, as an equitable issue, is committed to the discretion of the trial court). It also declines to address Scantibodies' Motion for Order for Relief Under Protective Order Regarding Confidential Information. As the Court explained at the July 18, 2008 status conference, continuing oversight of the parties' dispute regarding the use of documents subject to the Protective Order in current or future proceedings before the Patent Office cannot be required of this Court after the present action is concluded. *See* Hrg. Tr. at 16:13 – 20:10.

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that Defendants shall have judgment against the Plaintiffs, Plaintiffs shall recover nothing on their complaint, and Defendants shall recover their costs.

IT IS SO ORDERED.

DATED: July 30, 2008

_____
Hon. Mariana R. Pfaelzer
United States District Judge